**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK  DIVISION**

| | | |
|---|---|---|
| JOHN YAWN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:17-cv-00088-LGW-RSB |
| | ) | |
| DISCOUNT AUTO PARTS, | ) | |
| LLC. | ) | |
| | ) | |
| Defendant. | | |

## CONSENT MOTION TO REVISE SCHEDULING ORDER
## TO EXTEND DISCOVERY AND OTHER DEADLINES

COME the parties in the above-captioned case, and move this Honorable Court for an Order revising the Scheduling Order entered in this matter to extend the deadlines stated in said order by ninety (90) days, and in support thereof, respectfully show as follows:

1.

Soon after the parties agreed to the Scheduling Order, one of Plaintiffs counsellors departed the firm of Plaintiffs counsel, and despite the parties having exchanged written discovery, Plaintiff has been unable to comply with the Scheduling Order and complete discovery due to the scheduling conflicts of Plaintiffs remaining counsellor arising from several other trials, hearings and motions in various Georgia State Superior and Magistrate Courts in which he practices.

2.

Plaintiff has requested medical records from Plaintiffs medical providers, but has not yet received them, and his ability to fulfill his initial disclosure obligations and to effectively respond to discovery have been unavoidably delayed as a result. Defendant's

anticipated efforts to pursue responses to non-party subpoenas for similar records has similarly been delayed as a result. In light of the absence of these materials, the deposition of Plaintiff has also been delayed. The parties will schedule this deposition as soon as practicable following receipt of these materials.

3.

Plaintiff also expects to request the depositions of certain corporate and/or F.R.C.P. 3o(b)(6) representatives of Defendant, but the parties are at present unable to identify available dates for these depositions prior to the expiration of the discovery period in the current Scheduling Order. Further, Defendant may need to take the deposition of one or more of Plaintiffs treating physicians when fact witness depositions are complete and all medical records have been received. In light of the records delays identified above, the parties are as yet unable to schedule such depositions.

4.

Written discovery is set to expire in this matter on October 31, 2017, and deposition deadlines for non-expert witnesses is set to expire on December 1, 2017.

5.

*As* such, the parties respectfully request that discovery and all remaining deadlines in this matter be extended for ninety (90) days in order to accomplish the outstanding discovery and depositions in this case.

6.

A proposed amended scheduling order is attached hereto.

Respectfully submitted, this 7th day of  October, 2017.

**FARAH & FARAH, P.A.**

*s/ Alan DavidTucker*
Alan David Tucker
Georgia Bar No.717559
777 Gloucester Street, Suite 102
Brunswick,  Georgia 31520
912.265.7908 (t)
912-466.8893 (f)
atucker@farahandfarah.com
*Attorneys  for Plaintiff*

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

*/s/ Shalena Cook Jones*
Shalena Cook Jones
Georgia Bar No. 526846
Mary K. Walker
Georgia Bar No. 398572
513 East Oglethorpe Avenue, Suite G
Savannah, Georgia 31401
912.501.3434 (t)
912.501.3504  (f)
sjones@cmlawfirm.com
mwalker@cmlawfirm.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

JOHNYAWN                      )

                            )

       Plaintiff,            )

                            )

       vs.                 )     Case No. 2:17-cv-00088-LGW-RSB

                            )

DISCOUNT AUTO PARTS,    )

LLC.                       )

                            )

       Defendant.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

This 7th day of October, 2017.

**FARAH & FARAH, P.A.**

   *s/ Alan DavidTucker*
Alan David Tucker
Georgia Bar No.717559
777 Gloucester Street, Suite 102
Brunswick, Georgia 31520
912.265.7908 (t)
912.466.8893 (f)
atucker@farahandfarah.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF**
**GEORGIA BRUNSWICK DIVISION**

| | | |
|---|---|---|
| JOHN YAWN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:17-cv-00088-LGW-RSB |
| | ) | |
| DISCOUNT AUTO PARTS, LLC. | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED MODIFIED SCHEDULING ORDER**

In consideration of Fed. R. Civ. P. 16(b), the Local Rules, the Rule 26(t) Report, and the

parties' Consent Motion to Modify Scheduling Order to Extend Discovery and Other Deadlines,

the Court imposes the following amended scheduling deadlines:

| | |
|---|---|
| INITIAL DISCLOSURES  BY PLAINTIFF | November  28,  2017 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | December  26, 2017 |
| WRITTEN DISCOVERY UNDER RULES 33 THROUGH 36 of the FEDERAL RULES OF CIVIL PROCEDURE | January  31, 2018 |
| DISCOVERY DEPOSITION OF WITNESSES WHO HAVE NOT BEEN DESIGNATED AS EXPERTS | March 1, 2018 |
| DEPOSITIONS OF ALL WITNESSES (WHETHER FACT OR EXPERT) THAT ARE *DE BENE ESSE* DEPOSITIONS AND TAKEN NOT FOR DISCOVERY BUT FOR USE AT TRIAL | June 1,  2018 |
| LAST DAY TO SERVE EXPERT WITNESS REPORTS BY A PLAINTIFF | January  16, 2018 |
| LAST DAY TO SERVE EXPERT WITNESS REPORTS BY A DEFENDANT | February 16,  2018 |

(7556111/1)

| | |
|---|---|
| DISCOVERY DEPOSITION OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | June 1, 2018 |
| STATUS REPORT DUE | March 18, 2018 |
| CLOSE OF DISCOVERY | July 22, 2017 |
| LAST DAY FOR FILING ALL CML MOTIONS INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | July 2, 2018 |
| PRE-TRIAL ORDER DUE | September 1, 2018 |

SO ORDERED, this ____ day of _____, 2017.


_____
TheHonorable R. Stan Baker
Magistrate Judge
The United States District Court
For the Southern District of Georgia
Brunswick Division