# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| JOHN YAWN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 2:17-cv-00088-LGW-RSB |
| | : | |
| DISCOUNT AUTO PARTS, LLC, | : | |
| | : | |
| Defendant. | : | |
_____

## MOTION FOR ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW Discount Auto Parts, LLC, Defendant in the above-styled action, and moves the Court for an order substituting Amanda M. Morris, J. Ellsworth Hall, IV, and the law firm of Hall, Bloch, Garland & Meyer, LLP, as counsel of record replacing Shalena Cook Jones, Mary K. Walker, and the law firm of Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP. In the event this Motion is granted, any and all pleadings, notices or mailings should be directed to Amanda M. Morris and J. Ellsworth Hall, IV at the following address and no longer directed to Shalena Cook Jones, Mary K. Walker, and the law firm of Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet. Substitute counsel's address, telephone numbers, bar numbers, facsimile numbers and e-mail addresses are as follows:

      Amanda M. Morris (Georgia Bar No. 141676)
      J. Ellsworth Hall, IV (Georgia Bar No. 319105)
      Hall, Bloch, Garland & Meyer, LLP
      577 Mulberry Street, Suite 1500
      Post Office Box 5088
      Macon, Georgia 31208-5088
      Telephone: (478) 745-1625
      Facsimile: (478) 741-8822
      amandamorris@hbgm.com
      ellhall@hbgm.com

A proposed order granting the substitution is attached hereto as Exhibit A.

This 8th day of November, 2017.

        Respectfully submitted,

        */s/ Amanda M. Morris*
        AMANDA M. MORRIS
        Georgia Bar No. 141676
        Hall, Bloch, Garland & Meyer, LLP
        Post Office Box 5088
        Macon, Georgia 31208
        Telephone: (478) 745-1625
        Facsimile: (478) 741-8822
        amandamorris@hbgm.com

CONSENTED TO BY:

*/s/ Shalena Cook Jones*
Shalena Cook Jones
Georgia Bar No. 526846
Mary K. Walker
Georgia Bar No. 398572
CRUSER, MITCHELL, NOVITZ, SANCHEZ,
GASTON & ZIMET, LLP
513 E. Oglethorpe Avenue, Suite G
Savannah, GA 31401
Telephone: 912-501-3434
sjones@cmlawfirm.com
mwalker@cmlawfirm.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the foregoing **Motion for Order Permitting Withdrawal and Substitution of Counsel** in the above-captioned matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> Alan David Tucker, Esq.
> James R. Francis, Esq.
> Farah & Farah, P.A.
> 777 Gloucester Street, Suite 102
> Brunswick, GA 31520
> F: 912-466-8893
> atucker@farahandfarah.com
> jfrancis@farahandfarah.com

This 8th day of November, 2017.

*/s/ Amanda M. Morris*
AMANDA M. MORRIS