UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JOHN YAWN, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | 2:17-cv-00088-LGW-RSB |
| : | |
| DISCOUNT AUTO PARTS, LLC, : | |
| : | |
| Defendant. : | |

## ORDER PERMITTING SUBSTITUTION OF COUNSEL

Having reviewed and considered Defendant Discount Auto Parts, LLC's Motion for Order Permitting Withdrawal and Substitution of Counsel, the Court hereby ORDERS that Shalena Cook Jones, Mary K. Walker, and the law firm of Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP be permitted to withdraw as counsel of record for Defendant Discount Auto Parts, LLC, and Amanda M. Morris, J. Ellsworth Hall, IV, and the law firm of Hall, Bloch, Garland & Meyer, LLP may appear as substitute counsel of record for Defendant Discount Auto Parts, LLC. The Court's CM/ECF system shall be updated to reflect these changes.

IT IS SO ORDERED this ____ day of _____, 2017.

_____
THE HONORABLE LISA G. WOOD
United States District Court, Southern
District of Georgia, Brunswick Division