# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

JOHN YAWN,

    Plaintiff,

v.

DISCOUNT AUTO PARTS, LLC,

    Defendant.

CV 217-88

## ORDER

On November 21, 2018, Plaintiff John Yawn notified the Court that this case had settled. Dkt. No. 31. On January 11, 2019, Plaintiff filed a notice of voluntary dismissal, notifying the Court that he wishes to dismiss this case with prejudice. Dkt. No. 32. Thereafter, on January 15, 2019, Defendant Discount Auto Parts, LLC notified the Court that it stipulates to the dismissal of this lawsuit with prejudice. Dkt. No. 33. The Parties' stipulations comply with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, it is **ORDERED** that Plaintiff's claims against Defendant are in all respects dismissed with prejudice. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 15 day of January, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)